IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 03-M-2577

MDC HOLDINGS, INC;
RICHMOND AMERICAN HOMES OF COLORADO, INC.,

       Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA;
INTERSTATE FIRE & CASUALTY COMPANY;
LIBERTY MUTUAL INSURANCE COMPANY;
LIBERTY MUTUAL FIRE INSURANCE COMPANY; and
ZURICH AMERICAN INSURANCE COMPANY,

       Defendants.
_____

ORDER FOR DISMISSAL OF DEFENDANTS LIBERTY MUTUAL INSURANCE
COMPANY AND LIBERTY MUTUAL FIRE INSURANCE COMPANY
_____

       This matter having come before the Court on the stipulation for dismissal filed on June 24, 2005, and the Court being fully advised, it is

       ORDERED that Defendants Liberty Mutual Insurance Company and Liberty Mutual Fire Insurance Company are dismissed from this action with prejudice, each party to bear its own costs and attorney's fees.

       DATED: June 27th, 2005

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge