IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 03-cv-02577-RPM

MDC HOLDINGS, INC;
RICHMOND AMERICAN HOMES OF COLORADO, INC.,

        Plaintiff,

v.

INTERSTATE FIRE & CASUALTY COMPANY; and
ZURICH AMERICAN INSURANCE COMPANY,

        Defendants.

_____

ORDER FOR DISMISSAL OF DEFENDANT ZURICH AMERICAN INSURANCE
COMPANY
_____

Pursuant to the Stipulation for Dismissal with Prejudice of Defendant Zurich

American Insurance Company, filed on August 23, 2005, it is

ORDERED that all claims by plaintiffs against Defendant Zurich American

Insurance Company ("Zurich") and all claims asserted by Zurich against plaintiffs are

dismissed with prejudice, each party to bear its own costs and attorney's fees.

DATED: August 25th, 2005

        BY THE COURT:

        s/Richard P. Matsch

        _____

        Richard P. Matsch, Senior District Judge