**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              December 1, 2006
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 03-cv0-02577-RPM

| | |
|---|---|
| MDC HOLDINGS, INC., and RICHMOND AMERICAN HOMES OF COLORADO, INC., | Scott Albertson<br>Eric Torgersen |
| Plaintiffs, | |
| v. | |
| INTERSTATE FIRE & CASUALTY COMPANY, | Peter Morgan |
| Defendant. | |

_____

### COURTROOM MINUTES
_____

**Hearing on Motion to Compel**

**3:05 p.m.      Court in session.**

Court's preliminary remarks.

3:06 p.m.      Mr. Morgan answers questions asked by the Court.

Mr. Morgan states Mr. Welch conducted the initial investigation and signed denial letter. Mr. Morgan further states Mr. Brown conducted a follow up investigation, signed a subsequent denial letter but the ultimate denial decision was made from a higher authority.

3:09 p.m.      Argument by Mr. Albertson.

**ORDERED:    Plaintiff's Motion to Compel the Deposition of Rob Welch, filed October 4, 2006 [143], is denied.**

**3:14 p.m.      Court in recess.**

Hearing concluded.  Total time in court: 9 min.