IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 03-cv-02577-RPM

MDC HOLDINGS, INC, and
RICHMOND AMERICAN HOMES OF COLORADO, INC.,

       Plaintiff,

v.

INTERSTATE FIRE & CASUALTY COMPANY,

       Defendant.

_____

## ORDER OF DISMISSAL
_____

       Pursuant to the Stipulation to Dismiss with Prejudice (Doc. #153), filed on July 16, 2007, it is

       ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney's fees.

       DATED: July 17th , 2007

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge